IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUTHER WINIFRED CUMMINGS,

    Plaintiff,

v.   Case No. 1:17cv160-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is **AFFIRMED** and Judgment is entered for Defendant."  Further, the request for oral argument is denied.  The Clerk shall close the file.

**SO ORDERED on March 29, 2018.**

                                          s/Mark E. Walker          ____
                                          **United States District Judge**